## UNITED STATES DISTRICT COUT DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.: 21-00836 |
| vs. | **ORDER PERMITTING TRAVEL** |
| NORMAN SMILEY | |

**THIS MATTER** having come before the Court on the application of defendant Norman Smiley (by Stacy Biancamano, Esq., Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by George Brandley, Assistant United States Attorney) having no objection to the entry of the Order; and United States Probation (by Brian Nauer, U.S. Pretrial Services Officer) having no objection to the entry of the Order; and for good cause shown;

IT IS on this ___14___ day of December 2023, **HEREBY ORDERED**:

1. Defendant is permitted to travel from December 30th, 2023, to January 7th, 2024. Defendant will travel on the Virgin Valiant leaving Miami, Fla December 30th for Puerto Platta on January 3rd San Juan, PR January 4th sailing to Bimini in the Bahamas back to Miami, FL on January 7th.

2. PTS shall return Defendant's passport at least 1 week before he departs for Miami on December 30th.

3. Defendant will promptly check in with PTS by phone upon his arrival to Puerto Rico and within 48 hours upon his return to the U.S.

4. Defendant will return his passport to PTS within 48 hours of his return to the United States.

Brian Martinotti, U.S.D.J.